UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAMS,

           Plaintiff,

v.

PIPPO PLUTO PAPERINO INC. d/b/a Alice Restaurant and ENTER HOLDING LLC,

           Defendants.

Case No.: 1:24-cv-02031-RA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their undersigned attorneys, that the Parties have agreed to amicably resolve any and all claims by Plaintiff, and hereby stipulate, consent and agree to dismiss the instant action with prejudice. No award of attorneys' fees or costs will be awarded by the Court to any party except as provided in the Settlement Agreement.

Dated: New York, New York
          August 16, 2024

*[signature]*

Jennifer E. Tucek, Esq.
Law Office of Jennifer E. Tucek, P.C.
*Attorney for Plaintiffs*
315 Madison Avenue, Suite 3054
New York, New York 10017
TucekLaw@Gmail.com

*[signature]*

Alexandra D. Mahabir, Esq.
Koutsoudakis & Iakovou Law Group PLLC
*Attorneys for the Defendants*
40 Wall Street, 49th Floor
New York, NY 10005
amahabir@kilegal.com